# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Susan Neal Matousek
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Wal-Mart, et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 2:18cv445
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Susan Neal Matousek
Street Address: ~~618 West Ocean View Ave~~ PO Box 14581
City and County: Norfolk, VA
State and Zip Code: 23503 / 23518
Telephone Number: (757) 274-9839
E-mail Address: ladyliberty949@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: WAL-MART manager
- Job or Title (if known): Manager
- Street Address: 7530 Tidewater Drive
- City and County: Norfolk, VA
- State and Zip Code: 23502
- Telephone Number: (757) 480-0587
- E-mail Address (if known):

Defendant No. 2
- Name: Wal-mart manager
- Job or Title (if known): Manager
- Street Address: 702 SW 8th St
- City and County: Bentonville, AR 72716-0815
- State and Zip Code:
- Telephone Number: ?
- E-mail Address (if known):

(see attached paper)

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

*Handwritten:* I have never had an issue in Wal-mart, but due to financial fraud at Wal-mart, I was detained, had a mental hth check & banned for having a disability.

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Handwritten:* I want to know how a person w/ a disability can bank or all a? without being arrested, detained & observed by CCB? Violation of ADA & Discrimination

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Susann Norton , is a citizen of the State of *(name)* VA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Wal-Mart et al , is a citizen of the State of *(name)* 702 SW 8th Street . Or is a citizen of *(foreign nation)* Bentonville AR. 72716-0815

b. If the defendant is a corporation
The defendant, (name) **WAL-MART**, is incorporated under the laws of the State of (name) **Arkansas**, and has its principal place of business in the State of (name) **Arkansas**. Or is incorporated under the laws of (foreign nation) **United States**, and has its principal place of business in (name) **Arkansas**. **702 SW 8th Street**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): **Walmart banned me for no reason from all Walmart stores. I'm asking for 1 billion**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**I feel discriminated against due to my documented disability. The young woman at Woodfont Bank called me CRA-CRA & violate ADA, FDIC And I was detained, evad., kidge, Defamos u**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**1 billion for ensuring no other disabled people are trated In this norm**

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 15, 2018

Signature of Plaintiff
Printed Name of Plaintiff Susan Neal Matam

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

nt Transactions                                                                          Page 1 of 1

Account Title: SUSAN N MATOUSEK   Account Number: XXXX8427
Current Available: -$6.87          Balance Date: 8/12/2018 10:27:43 AM CST

Please note that pending transactions can post for a different amount than listed and may not include fees assessed today.

### Pending Transactions as of 8/12/2018 10:27:43 AM CST

There are no pending transactions at this time.

### Posted Transactions from 7/11/2018 to 8/12/2018

| Date | Code | Serial | Amount | Balance | Description |
|---|---|---|---|---|---|
| 8/6/2018 | 935 | | -$7.79 | -$6.87 | POS- DAIRY QUEEN #19143 QPS VIRGINIA BEAC VA 000000000407659 |
| 8/6/2018 | 935 | | -$4.08 | $0.92 | POS- 7-ELEVEN 36873 NORFOLK VA 000000000283809 |
| 8/4/2018 | 735 | | -$15.00 | $5.00 | DEBIT CARD SETUP FEE |
| 8/3/2018 | 7 | | $20.00 | $20.00 | DEPOSIT |

*Little Creek*
*Chesane Mills*

**WOODFOREST**
NATIONAL BANK   MEMBER FDIC

1170 N Military Hwy
Norfolk, VA 23502
757-455-9092 Branch
757-455-9094 Fax
866-226-5724 24-Hour Automated

odforest.com

**WOODFOREST**
NATIONAL BANK   MEMBER FDIC

Marivi Menard
Assistant Branch Manager
MMenard@woodforest.com

Inside Walmart

1170 North Military Highway
Norfolk, VA 23502
757-455-9092 Branch
757-455-9094 Fax
866-226-5724 24-Hour Automated

www.woodforest.com

## KING ACCOUNT IDENTIFICATION

unt Identification

Transit Number and Account Number shown on this document
our new account. The information shown can be referred to
aking deposits and withdrawals quickly and accurately. Please
to keep this and all personal financial information secure.

**WOODFOREST**
NATIONAL BANK
Member FDIC

24 Hour Account Information
1-866-BANK724 (1-866-226-5724)
www.woodforest.com

stitution's routing number     Your account number

⑆3⑆1259 2⑆:     ⑈1918498427⑈

This document is not valid for check cashing purposes.

### Everybody needs a check sometime!

- Child-care expenses
- School expenses
- Charitable donations
- Payments to friends
- Pet care services
- Home repair and maintenance services
- Most importantly, when you need proof of payment

**WOODFOREST**
NATIONAL BANK

Banking your way...EVERY DAY AND NIGHT!

Woodforest National Bank
1170 N. Military Hwy
Norfolk, VA 23502

Terminal#     00109550

8/12/2018     11:29:30 AM

*** Checking Account Balance ***

Approved.

Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716-0815



## Notification of Restriction from Property

Wal-Mart Stores, Inc. can prohibit individuals from entering its property who interfere with its business, shoplift, destroy property, or otherwise behave in a manner that is unacceptable. Wal-Mart Stores, Inc. has determined you have engaged in conduct sufficient to necessitate limiting your access to Wal-Mart Stores, Inc. property. This document constitutes formal notice and warning that you are no longer allowed on property owned by Wal-Mart Stores, Inc., or in any area subject to Wal-Mart Stores Inc.'s control. This restriction on entry includes, but is not limited to, all retail locations or subsidiaries of Wal-Mart Stores, Inc. Should you elect to ignore this Notice and enter Wal-Mart Stores, Inc., property, Wal-Mart Stores, Inc. may contact law enforcement and request you be charged with criminal trespass.

## Acknowledgement of Receipt

I have read and understand this Notice or, in the alternative, have had it read to me and understand and acknowledge that as of _14_ day of _August_, 20_18_ I am prohibited from entering Wal-Mart Stores Inc., property. I understand this Notice will remain in effect until Wal-Mart Stores, Inc. rescinds it.

_Susan N. Matousek_
**Name of Recipient (Print)**

_[signature]_
**Signature of Recipient**

_____
**Signature of Parent/Guardian (of Recipient under age 18)**

_[signature]_
**For Wal-Mart Stores, Inc. (Signature and Position)**

_N/Dep. /Sureal_
**Signature of Witness**

I am banned from ever Walmart