UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION



FILED
OCT 16 2018
CLERK, US DISTRICT COURT
NORFOLK, VA

Susan Matousek
Plaintiff(s)

CIVIL ACTION NO. 2:18 CV. 445

v.

CRIMINAL NO. _____

Defendant(s)
(Wal-Mart)

NOTICE OF APPEAL

Notice is hereby given that

Susan Neal Matousek above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 12 day of October 20 18.

_____
Attorney or Pro Se Appellant

Susan Neal Matousek
618 Pt. West Ocean Ave
Address

Norfolk, VA 23507

Dated: 10-16-2018

P O Box 14481
Norfolk, VA. 23518